**PEARSON EDUCATION, INC., John Wiley & Sons, Inc., Cengage Learning, Inc., The McGrawhill Companies, Inc., Plaintiffs–Appellees,**

v.

**Vinod KUMAR, Dart Air, Inc., DBA Unique Books, DBA Jhon Book Store, DBA Modern Books, DBA Express-books06, DBA Express Books, DBA Qualityinstruments400, Defendants–Appellants,**

**Virender Yadav, Sukwinder Singh, DBA Modern Books, DBA Express Books, John Does 1–5, Defendants.***

No. 10–2610–cv.

United States Court of Appeals, Second Circuit.

June 20, 2013.

* The Clerk of Court is directed to amend the

Vivek Suri, Esq., New York, NY, for Appellants.

William Dunnegan, (Laura Scileppi, on the brief), Dunnegan & Scileppi LLC, New York, NY, for Appellees.

PRESENT: JOSEPH M. McLAUGHLIN, GUIDO CALABRESI and REENA RAGGI, Circuit Judges.

**SUMMARY ORDER**

On September 19, 2011, we summarily affirmed the district court's grant of summary judgment in favor of plaintiffs in this case. *See Pearson Educ., Inc. v. Yadav,* 452 Fed.Appx. 11 (2d Cir.2011) (summary order). The Supreme Court subsequently vacated the judgment of this court, *see Kumar v. Pearson Educ., Inc.,* —— U.S. ——, 133 S.Ct. 1631, 185 L.Ed.2d 614 (2013), and remanded the case for further consideration in light of *Kirtsaeng v. John Wiley & Sons, Inc.,* —— U.S. ——, 133 S.Ct. 1351, 185 L.Ed.2d 392 (2013) (holding first sale doctrine applicable to copies of copyrighted works lawfully made abroad).

It is evident—and neither party disputes—that *Kirtsaeng* requires vacatur of the district court's judgment entered on May 27, 2010, as to plaintiffs' copyright claim. Accordingly, the judgment of the district court is VACATED and the case REMANDED with directions to enter

official caption as shown above.

judgment in favor of defendants on plaintiffs' copyright infringement claim. No appeal having been filed from that part of the district court's judgment entered on August 24, 2010, after trial on plaintiffs' trademark and unfair competition claims, we leave that judgment undisturbed.